THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM J. SNIPE, JR., Defendant-Appellant.

(No. 57964; ▮)

First District (5th Division)—June 22, 1973.

PER CURIAM.

DRUCKER, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Lee T. Hettinger and Xavier Velasco, Assistant Public Defenders, of counsel,) for appellant.

No appearance for the People.

DEWEY WIMBERLEY, Plaintiff-Appellee, *v.* MATERIAL SERVICE CORPORATION, Defendant-Appellant.

(No. 57737; ▮)

First District (2nd Division)—June 19, 1973.

*Rehearing denied July 17, 1973.*